# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 05, 2023

Mr. Jose Maria DeCastro
1258 Franklin Street
Santa Monica, CA 90404

Re: Case No. 23-3808, *Jose DeCastro v. Pam Wagner, et al*
Originating Case No. 1:22-cv-00204

Dear Mr. DeCastro,

Your notice of appeal was received in the district court without your signature. Please sign and return *to this Court* the enclosed copy of your notice of appeal. The deadline for returning this document to the above address is **October 19, 2023.**

Failure to comply may result in the dismissal of this appeal without further notice.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Ms. Dawn M. Frick

Enclosure