RECEIVED
OCT 16 2023
DEBORAH S. HUNT, Clerk

RECEIVED
OCT 16 2023
DE_____, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT

| | |
|---|---|
| JOSE MARIA DECASTRO | Case No. 22-cv-00204 |
| *Plaintiff,* | NOTICE OF APPEAL |
| vs. | |
| PAM WAGNER, et al. | |
| *Defendants.* | |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Jose Maria DeCastro appeals to the United States Court of Appeals for the 6th Circuit from the final judgment entered on September 26, 2023, as well as any and all interlocutory rulings, decisions and orders that gave rise to said judgements, and all post-judgement rulings, decisions, and orders.

DATED: September 28, 2023

Respectfully submitted,

Jose Maria DeCastro, Pro Se
1258 Franklin Street
Santa Monica, CA 90404
(310) 963-2445
Email: iamalaskan@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Jose DeCastro
1258 FRANKLIN ST
SANTA MONICA CA 90404

RECEIVED
OCT 16 2023
DEBORAH S. HUNT, Clerk



0008551292000011
MONICA M. PAGE
UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI OH 45202-3988
USA

RECEIVED
OCT 16 2023
DEBORAH S. HUNT, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 05, 2023

Mr. Jose Maria DeCastro
1258 Franklin Street
Santa Monica, CA 90404

Re: Case No. 23-3808, *Jose DeCastro v. Pam Wagner, et al*
Originating Case No. 1:22-cv-00204

Dear Mr. DeCastro,

Your notice of appeal was received in the district court without your signature. Please sign and return *to this Court* the enclosed copy of your notice of appeal. The deadline for returning this document to the above address is **October 19, 2023.**

Failure to comply may result in the dismissal of this appeal without further notice.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Ms. Dawn M. Frick

Enclosure

---

Ms. Page:

I haven't received your letter yet. Hopefully this is what you needed. Note that the local rules of the Southern District of Ohio, where this was filed (83.5(c)), allows a pro-se ECF filer to use electronic signatures.



RECEIVED
OCT 16 2023
DEBORAH S. HUNT, Clerk


PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

HJBSIP1   45202