UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3808**

Case Title: **DeCastro** vs. **Wagner, et al.**

List all clients you represent in this appeal:

| |
|---|
| **Lawrence County Defendants (Lawrence County, Ohio; John Chapman, and Jane Doe)** |

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Randall L. Lambert**   Signature: s/ **Randall L. Lambert**

Firm Name: **Lambert Law Office, LLC**

Business Address: **P.O. Box 725**

City/State/Zip: **Ironton, Ohio 45638**

Telephone Number (Area Code): **(740) 532-4333**

Email Address: **rlambert@lambert-law.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.