UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3808**

Case Title: **Jose Maria DeCastro** vs. **Pam Wagner, et al.**

List all clients you represent in this appeal:

**Pam Wagner, in her individual and official capacity**
**Brad Spoljaric, in his individual and official capacity**
**Chance Blankenship, in his individual and official capacity**
**Evan McKnight, in his individual and official capacity**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Dawn M. Frick**    Signature: s/ **Dawn M. Frick**

Firm Name: **Surdyk, Dowd & Turner Co., LPA**

Business Address: **8163 Old Yankee St., Suite C**

City/State/Zip: **Dayton, Ohio 45458**

Telephone Number (Area Code): **937-222-2333**

Email Address: **dfrick@sdtlawyers.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.