FILED
Jun 25, 2024
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-3808

JOSE MARIA DECASTRO,

    Plaintiff-Appellant,

v.

PAM WAGNER, in her individual and official capacities, et al.,

    Defendants-Appellees.

Before: GRIFFIN, KETHLEDGE, and NALBANDIAN, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk