## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 17, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 23-3808, *Jose DeCastro v. Pam Wagner, et al*
Originating Case No. : 1:22-cv-00204

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie A. Collett
For Monica Page

cc: Mr. Jose Maria DeCastro
    Ms. Dawn M. Frick
    Mr. Randall L. Lambert
    Ms. Cassaundra L. Sark
    Mr. Jeffrey Charles Turner

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3808

_____

Filed: July 17, 2024

JOSE MARIA DECASTRO

    Plaintiff - Appellant

v.

PAM WAGNER, in her individual and official capacities; BRAD SPOLJARIC, in his individual and official capacities; CHANCE BLANKENSHIP, in his individual and official capacities; EVAN MCKNIGHT, in his individual and official capacities; ROBERT FOUCH

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 06/25/2024 the mandate for this case hereby issues today.

COSTS: None